# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JERRY MILLER, et al.,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | **CIVIL ACTION 09-0401-CG-B** |
| : | |
| **EAGLE TUG BOAT COMPANIES,** : | |
| : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion to Dismiss (Doc. 8) be **DENIED**.

**DONE and ORDERED** this 8th day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE