## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JERRY MILLER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 09-0401-CG-B |
| | ) |
| **EAGLE TUG BOAT COMPANIES,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered on October 25, 2010 (Doc. 62), it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Eagle Tug Boat Company, and against plaintiffs, Jerry Miller and Stanley W. Miller. Therefore, all plaintiffs' claims against the defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this 26th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE